# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RICHARD DEEDS,

    Plaintiff,

v.

ROMEO ARANAS et al.,

    Defendants.

3:15-cv-00547-RCJ-VPC

ORDER

## I. DISCUSSION

On November 9, 2015, Plaintiff, a *pro se* prisoner, submitted a 42 U.S.C. § 1983 civil rights complaint with a motion stating that he would pay the full filing fee of $400 within 45 days. (ECF No. 1-1, 1-2). On January 8, 2016, Plaintiff paid the full $400 filing fee. (ECF No. 4). On January 12, 2016, Plaintiff filed a motion to have the Court file his complaint because the statute of limitations for his claims would expire in ten days. (ECF No. 5).

The Court grants Plaintiff's motion to file his complaint in light of receiving the full filing fee of $400. The Court will enter a screening order on this complaint in a separate order in the future. *See* 28 U.S.C. § 1915A(a).

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that the motion to file the complaint (ECF No. 5) is granted. The Clerk of the Court is directed to file Plaintiff's complaint (ECF No. 1-1).

DATED: This 19th day of January, 2016

United States Magistrate Judge