```
            FILED          RECEIVED
            ENTERED        SERVED ON
                   COUNSEL/PARTIES OF RECORD

                  JUN 1 4 2016

              CLERK US DISTRICT COURT
                 DISTRICT OF NEVADA
        BY:                          DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

RICHARD DEEDS,

    Plaintiff,

v.

ROMEO ARANAS, et al.,

    Defendants.

3:15-cv-00547-RCJ-VPC

ORDER

I.    **DISCUSSION**

Plaintiff has submitted a motion for 30 day enlargement of time to file his first amended complaint and a motion for order directing clerk to issue summonses for defendants. (ECF No. 16, 18).

Plaintiff seeks an extension of time to file his first amended complaint to allow the Court to first rule on his motion for reconsideration (ECF No. 15). Since the filing of Plaintiff's motion, the Court has denied Plaintiff's motion for reconsideration, and he may now file his amended complaint, if he so chooses. (ECF No. 17). The Court does not grant Plaintiff's request to file summonses for defendants (ECF No. 18), as this request is premature.

Plaintiff is granted leave to file an amended complaint to cure the deficiencies of the complaint, as stated in the Court's original screening order. If Plaintiff chooses to file an amended complaint he is advised that an amended complaint supersedes the original complaint and, thus, the amended complaint must be complete in itself. *See Hal Roach Studios, Inc. v. Richard Feiner & Co., Inc.*, 896 F.2d 1542, 1546 (9th Cir. 1989) (holding that "[t]he fact that a party was named in the original complaint is irrelevant; an amended pleading

supersedes the original"); *see also Lacey v. Maricopa Cnty.*, 693 F.3d 896, 928 (9th Cir. 2012) (holding that for claims dismissed with prejudice, a plaintiff is not required to reallege such claims in a subsequent amended complaint to preserve them for appeal). Plaintiff's amended complaint must contain all claims, defendants, and factual allegations that Plaintiff wishes to pursue in this lawsuit. Moreover, Plaintiff must file the amended complaint on this Court's approved prisoner civil rights form and it must be entitled "First Amended Complaint."

The Court notes that if Plaintiff chooses to file an amended complaint curing the deficiencies of the complaint, as outlined in this order, Plaintiff shall file the amended complaint by July 11, 2016. If Plaintiff chooses not to file an amended complaint curing the stated deficiencies, this action shall proceed on the surviving portions of Counts II and V only, as outlined in the Court's original screening order. (*See* ECF No. 13 at 11-13).

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that Plaintiff's motion a 30 day enlargement of time to file his first amended complaint (ECF No. 16) is GRANTED. If Plaintiff chooses to file an amended complaint curing the deficiencies of the Complaint as outlined in the Court's original screening order, he shall file the amended complaint by July 11, 2016.

IT IS FURTHER ORDERED that if Plaintiff chooses not to file an amended complaint curing the deficiencies of the Complaint, this action shall proceed on the surviving portions of Counts II and V only, as outlined in the Court's original screening order. (*See* ECF No. 13 at 11-13).

IT IS FURTHER ORDERED that Plaintiff's motion for order directing clerk to issue summonses for defendants (ECF No. 18) is DENIED.

DATED: This 14th day of June, 2016.

_____
United States Magistrate Judge