## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| RICHARD DEEDS, | ) | 3:15-CV-0547-RCJ (VPC) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | April 7, 2017 |
| ROMEO ARANAS, et al., | ) | |
| Defendants. | ) | |

PRESENT:     THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:         LISA MANN         REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is plaintiff's motion to amend scheduling order (ECF No. 60) seeking an extension of time to complete discovery. Also before the court is defendants' motion to stay discovery pending a ruling on defendants' motion for summary judgment (ECF No. 63).

Defendants' motion to stay discovery pending a ruling on defendants' motion for summary judgment (ECF No. 63) is **GRANTED**. Plaintiff's motion to amend scheduling order (ECF No. 60) is **DENIED as moot.** Following the ruling on the defendants' motion for summary judgment, the parties shall meet and confer concerning a revised discovery plan and file such plan with the court within twenty days from the ruling, if necessary.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By:         /s/
              Deputy Clerk