**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RICHARD DEEDS, | CASE NO.: 3:15-CV-00547-RCJ-VPC |
| Plaintiff, | **ORDER** |
| v. | |
| ROMEO ARANAS, *et al.,* | |
| Defendant. | |

Before the Court is the Reports and Recommendations of U.S. Magistrate Judge (ECF #92[1]) entered on June 20, 2017, recommending that the Court grant Defendants' Motion for Summary Judgment (ECF #55) and deny Plaintiff's Motion for Preliminary Injunction (ECF #41). On July 6, 2017, Plaintiff filed his Objections to Magistrate Judge's Report and Recommendation (ECF #95). On July 11, 2017, Defendants filed a Response to Plaintiff's Objections (ECF #96).

The Court has conducted it's *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Reports and Recommendation (ECF #92) entered on June 20, 2017, should be ADOPTED AND ACCEPTED.

IT IS HEREBY ORDERED that Defendants' Motion for Summary Judgment (ECF #55) is GRANTED.

IT IS FURTHER ORDERED that Plaintiff's Motion for Preliminary Injunction (#41) is DENIED as MOOT.

IT IS FURTHER ORDERED that the Clerk of the Court shall enter judgment accordingly and close this case.

IT IS SO ORDERED this 18th day of July, 2017.

_____
ROBERT C. JONES

---

[1] Refers to court's docket number.